IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

2005 AUG -2  A 10: 46

Ash-Shakur Shabazz #57268 )
Full name and prison number )
of plaintiff(s) )
 )
 )
v. )
 )
Doug Valaski )
Lamar Glover )
Judge White )
Wanda Sanders )
 )
 )
 )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

CIVIL ACTION NO. 1: 05CV 716-T
(To be supplied by Clerk of
 U.S. District Court)

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action?  YES ( )  NO (X)

    B.  Have you begun other lawsuits in state or federal court
        relating to your imprisonment?  YES ( )  NO (X)

    C.  If your answer to A or B is yes, describe each lawsuit
        in the space below. (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s)  N/A _____

            _____

            Defendant(s)  _____

            _____

        2.  Court (if federal court, name the district; if
            state court, name the county)  N/A _____

            _____

3. Docket number CC05-1132 ___ CC05-1133 _____

4. Name of judge to whom case was assigned _____

_Judge White_____

5. Disposition (for example: Was the case dismissed?
Was it appealed? Is it still pending?) _____

____ still pending _____

6. Approximate date of filing lawsuit 7/31/05 ____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT _Houston County Jail_

_____

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED 205 Pearl
Street Dothan, Alabama 36301 _____

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR
CONSTITUTIONAL RIGHTS.

NAME                            ADDRESS

1. Doug Valaski (D.A.) P.O. Box 6406 Dothan, Al 36302

2. Lamar Glover (Sheriff) P.O. Box 6406 Dothan, Al 36302

3. Judge White (Judge) P.O. Box 6406 Dothan, Al 36302

4. Wanda Sanders (DHR) P.O. Box 2027 Dothan, Al 36302

5. _____

6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED 6/16/05
4/15/05 ____

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION
THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Had a preliminary hearing with-
out me present or waiving my rights

2

**STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND.  (State as best you can the time, place and manner and person involved.)**

I'm as suppose to be present in every court proceeding. One was held 6/16/05 without me being noticed or waive my rights

**GROUND TWO:** Had hearing without Legal representation

**SUPPORTING FACTS:**

In all court proceeding I am entitle to legal representation. On 6/16/05 a preliminary hearing was held without me having an attorney present

**GROUND THREE:** Reasonable bail

**SUPPORTING FACTS:** I am entitle to an affordable bail, to which I am to make bond. My First charge in Alabama, non-violent, not a threat to victim or leaving. Sex was consentual. Victim will testify in my behalf

3

Ground Four: Having Legal Representation

Supporting Facts: Since I been incarcerated 4/15/05. I haven't had no legal representation. I Filed and wrote to Judge White several times, asking to be appointed an attorney, but to date, none have been appointed

Ground Five: Entitle to bond hearing

Supporting Fact: I wrote to Judge White several times, requesting a bond hearing but to no avail. He never answer any of my letters or motions.

Ground Six: Threaten of witness / Intimidating

Supporting Fact: Doug Valaski, member of the prosecutor office along with member from DHR threaten the victim/witness to take her baby and remove her from her mother house if she don't do what they wanted her to do

VI.   STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU.
MAKE NO LEGAL ARGUMENT.   CITE NO CASES OR STATUTES.

I think the changes should be dismiss
throw out or down graded

_Signature of plaintiff(s)_

I declare under penalty of perjury that the foregoing is true
and correct.

EXECUTED on   7·31·05   .
                          (Date)

_Signature of plaintiff(s)_

4

My Commission Expires on
2 - May 07