IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ASH-SHAKUR SHABAZZ, #57268 | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:05-CV-716-MHT |
| | ) | WO |
| DOUG VALASKI, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

On February 7, 2006, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge which is hereby ADOPTED, it is

ORDERED that:

1. Plaintiff's claims against Defendants Glover and White are DISMISSED with prejudice pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i);

2. Plaintiff's challenge to the criminal charges pending against him in the Circuit Court of Houston County, Alabama is DISMISSED without prejudice pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(ii); and

3. This case is DISMISSED prior to service of process.

Done this the 24th day of February, 2006.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE