IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ASH-SHAKUR SHABAZZ, #57268 | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:05-CV-716-MHT |
| | ) | WO |
| DOUG VALASKI, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

# FINAL JUDGMENT

Upon consideration of the prior proceedings, opinions and orders entered in this case, it is

ORDERED and ADJUDGED that judgment be and is hereby entered in favor of the defendants and against the plaintiff and that this case be and is hereby DISMISSED prior to service of process.

Done this the 24th day of February, 2006.

       /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE